UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE JAMES MADISON PROJECT            *
1250 Connecticut Avenue, N.W.        *
Suite 700                            *
Washington, D.C. 20036               *
                                     *
    and                              *
                                     *
NOAH SHACHTMAN                       *
The Daily Beast                      *
555 W. 18th Street                   *
Fifth Floor                          *
New York, NY 10011                   *
                                     *
    Plaintiffs,                      *    Civil Action No. 20-3487
                                     *
    v.                               *
                                     *
DEPARTMENT OF THE INTERIOR           *
1849 C Street, NW                    *
Washington, D.C. 20240               *
                                     *
    Defendant.                       *
                                     *
\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## COMPLAINT

This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, et seq., as amended, to seek disclosure of agency records sought by the plaintiffs The James Madison Project and Noah Shachtman from the defendant Department of the Interior.

## JURISDICTION

1. This Court has both subject matter jurisdiction over this action and personal jurisdiction over the defendant pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331.

## VENUE

2. Venue is appropriate under 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391.

## PARTIES

3. Plaintiff The James Madison Project ("JMP") is a non-partisan organization established in 1998 to promote government accountability and the reduction of secrecy, as well as educating the public on issues relating to intelligence and national security.

4. Plaintiff Noah Shachtman ("Mr. Shachtman") currently serves as the Editor in Chief of The Daily Beast, and is a representative of the news media.

5. Defendant Department of the Interior ("Interior") is an agency within the meaning of 5 U.S.C. § 552(f), and is in possession and/or control of the records requested by the plaintiffs that are the subject of this action.

## FACTUAL BACKGROUND

6. This lawsuit is brought under the Freedom of Information Act ("FOIA"). It seeks production of U.S. Government records outlining internal communications regarding a controversial public tweet from the official Twitter account of Interior's Press Secretary, Ben Goldey ("Mr. Goldey").

7. On October 27, 2020, a video was posted on Twitter through the official government Twitter account of Interior Secretary David Bernhardt ("Secretary Bernhardt"). The video purported to celebrate "historic feats of conservation" by President Donald Trump. *https://www.washingtonpost.com/nation/2020/10/28/trump-video-interior-department-bernhardt-election/?utm_source =twitter&utm_campaign =wp_main&utm_medium=social* (last accessed November 18, 2020). Former Obama-era official Tim Fullerton tweeted in response that the video was "propaganda" meant to bolster President Trump's campaign and was "way outside the lines." Id.

8. The official government Twitter account of Secretary Bernhardt's Press Secretary @DOIPressSec, supposedly operated by Mr. Goldey, then tweeted in response at 8:00 P.M. EST that:

> Our tweets are approved by career ethics attorneys and thankfully no longer overseen by you.
>
> @Interior increased the number ethics staff by 250% to remove the rotten stench from the blatant failure of the prior administration to invest in the ethics program.

*https://twitter.com/DOIPressSec/status/1321240438725136385?s=20* (last accessed November 18, 2020). Legal ethics experts have raised concerns that Secretary Bernhardt's tweet of the video potentially ran afoul of campaign finance laws and federal legal restrictions on government spending for "propaganda". *https://thehill.com/policy/energy-environment/523184-interior-propoganda-video-and-tweets-defending-it-may-violate* (last accessed November 18, 2020). The tweet from Interior's Press Secretary's Twitter account, the drafting and sending of which has not been attributed to a specific person at the time of the submission of this request, was roundly criticized as unprofessional and demeaning Interior. *https://www.thenewcivilrightsmovement.com/2020/10/trump-cabinet-officials-press-secretary-stuns-internet-by-slamming-rotten-stench-of-obama-administration/* (last accessed October 28, 2020).

9. This FOIA lawsuit seeks records outlining the context in which this tweet, which raised ethical and professionalism concerns, was issued publicly.

## COUNT ONE (INTERIOR)

10. The plaintiffs, JMP and Mr. Shachtman (hereinafter referred to jointly as "the Requesters"), repeat and reallege paragraphs 6 through 9 above, inclusive.

11. By letter dated October 28, 2020, the Requesters submitted to Interior a FOIA request.

12. The FOIA request specifically sought copies of records, including cross-references, memorializing the following:

1) Any communications – including verbal communications memorialized in writing – reflecting discussions within Interior and/or between Interior officials and other U.S. Government officials regarding the decision by the twitter account @DOIPressSec to issue that specific tweet response cited above;

2) Any communications – including verbal communications memorialized in writing – reflecting discussions within Interior and/or between Interior officials and other U.S. Government officials regarding media statements and inquiries in response to the tweet in question cited above from the twitter account @DOIPressSec; and,

3) Any communications – including verbal communications memorialized in writing – that reveals the identity of the individual who drafted and/or tweeted the tweet in question cited above from the twitter account @DOIPressSec.

13. Interior has designated the request as Control Number DOI-OS-2021-000505. To date, no substantive response has been received by the Requesters from Interior. The Requesters have constructively exhausted all required administrative remedies.

WHEREFORE, plaintiffs The James Madison Project and Noah Shachtman pray that this Court:

(1) Order the defendant federal agency to produce all non-exempt copies of responsive records;

(2) Award reasonable costs and attorney's fees as provided in 5 U.S.C. § 552(a)(4)(E) and/or 28 U.S.C. § 2412(d);

(3) Expedite this action in every way pursuant to 28 U.S.C. § 1657(a); and

(4) Grant such other relief as the Court may deem just and proper.

Date:   November 30, 2020

                        Respectfully submitted,

                            /s/ *Bradley P. Moss*
                      _____
Bradley P. Moss, Esq.
D.C. Bar #975905
Mark S. Zaid, Esq.
D.C. Bar #440532
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Suite 700
Washington, D.C. 20036
(202) 454-2809
(202) 330-5610 fax
Brad@MarkZaid.com
Mark@MarkZaid.com

Attorneys for the Plaintiffs

5